NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JORGE O. ACOSTA,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-2824
                                    )
NATALIE ACOSTA,                     )
                                    )
          Appellee.                 )
_____     )


Opinion filed October 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Carl C. Hinson,
Judge.

Jorge O. Acosta, pro se.

No appearance for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.